# OFFICE OF THE CHAPTER 13 TRUSTEE
## CRAIG SHOPNECK, TRUSTEE
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Craig Shopneck
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
 on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period January 1, 2015 through December 31, 2015

Case No: 14-13687-pmc

Filed: June 06, 2014

Debtor: PATRICK HAYES
3694 WEST 132ND STREET

CLEVELAND, OH  44111

Attorney: SUSAN M GRAY
(440) 331-3949

Required Plan Payment: $2,043.34 MONTHLY

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 36,475.96 |
| Disbursements: | | |
|     Principal | 33,418.27 | |
|     Interest | 1,583.52 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 1,474.17 | |
| | | 36,475.96 |
| Funds on Hand: | | 0.00 |
| | | 36,475.96 |

CASE NO: 14-13687-pmc

DEBTOR: PATRICK HAYES

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jan 09, 2015 | 991.02 | Jan 20, 2015 | 991.02 | Feb 20, 2015 | 991.02 | Mar 04, 2015 | 991.02 | Mar 16, 2015 | 991.02 |
| Apr 02, 2015 | 991.02 | Apr 13, 2015 | 991.02 | Apr 27, 2015 | 991.02 | May 11, 2015 | 991.02 | May 26, 2015 | 991.02 |
| Jun 09, 2015 | 991.02 | Jun 22, 2015 | 991.02 | Jul 10, 2015 | 991.02 | Jul 20, 2015 | 991.02 | Aug 17, 2015 | 991.02 |
| Sep 01, 2015 | 991.02 | Sep 14, 2015 | 991.02 | Sep 28, 2015 | 991.02 | Oct 13, 2015 | 991.02 | Oct 27, 2015 | 991.02 |
| Nov 13, 2015 | 943.08 | Nov 27, 2015 | 943.08 | Dec 14, 2015 | 943.08 | Dec 28, 2015 | 943.08 | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | OHIO BELL TELEPHONE COMPANY | 9484 | Unsecured | 22.90 | .00 |
| 002 | RJM ACQUISITIONS LLC | 2119 | Unsecured | .00 | .00 |
| 003NA | ALLY FINANCIAL | | Unsecured | .00 | .00 |
| 004 | AMERICREDIT FINANCIAL SERVICES | 5992 | Secured | 3,811.44 | 946.08 |
| 004A | AMERICREDIT FINANCIAL SERVICES | 5992 | Unsecured | .00 | .00 |
| 004NA | AMERICREDIT FINANCIAL SERVICES | | Unsecured | .00 | .00 |
| 005 | HARLEY DAVIDSON CREDIT CORP | 4483 | Secured | 19.07 | (3.81) |
| 005NA | HARLEY DAVIDSON CREDIT CORP | | Unsecured | .00 | .00 |
| 006 | JEFFERSON CAPITAL SYSTEMS LLC | 4158 | Unsecured | 90.99 | .00 |
| 006NA | JEFFERSON CAPITAL SYSTEMS LLC | | Unsecured | .00 | .00 |
| 007NA | GREEN TREE SERVICING | | Unsecured | .00 | .00 |
| 007NA1 | DAVID J DEMERS | | Unsecured | .00 | .00 |
| 008 | US BANK NA | ####OING | Secured | 9,526.89 | .00 |
| 008A | US BANK NA | ####EARS | Secured | 7,318.48 | .00 |
| 009 | NAVIENT SOLUTIONS INC | 9228 | Unsecured | 1,451.51 | .00 |
| 009NA | NAVIENT SOLUTIONS INC | | Unsecured | .00 | .00 |
| 799 | SUSAN M GRAY | | Attorney Fees | .00 | .00 |
| XXXNA | MARTHA R SPANER | | Unsecured | .00 | .00 |
| | KAREN KETT | | Unsecured | .00 | .00 |
| | MARIE ANN WALKER | | Unsecured | .00 | .00 |
| | NORTH OHIO HEART INC | | Unsecured | .00 | .00 |
| | BOB BERGER | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 22,241.28 | 942.27 |