# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period July 01, 2017 through June 30, 2018

Case No: 14-13687-AIH                    Filed: June 06, 2014

Debtor:  PATRICK HAYES
         19601 HOWE RD

         STRONGSVILLE , OH  44136

Attorney:  SUSAN M GRAY                  Required Plan Payment:   $880.00 MONTHLY
           (440) 331-3949

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | | |
|---|---|---|---|
| Plan Payments Received: | | | 64,381.71 |
| Disbursements: | | | |
| Principal | 58,690.90 | | |
| Interest | 2,725.66 | | |
| Attorney Fee | 0.00 | | |
| Trustee Fee | 2,955.25 | | |
| | | 64,371.81 | |
| Funds on Hand: | | 9.90 | |
| | | | 64,381.71 |



Page 1 of 2

1092           001100010002530202000

14-13687-aih   Doc 78   FILED 08/07/18   ENTERED 08/07/18 08:33:14   Page 1 of 2

CASE NO: 14-13687-AIH
DEBTOR: PATRICK HAYES

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jul 10, 2017 | 406.15 | Jul 21, 2017 | 406.15 | Aug 04, 2017 | 406.15 | Aug 18, 2017 | 406.15 | Aug 31, 2017 | 406.15 |
| Sep 14, 2017 | 406.15 | Oct 02, 2017 | 406.15 | Oct 12, 2017 | 406.15 | Oct 27, 2017 | 406.15 | Nov 13, 2017 | 406.15 |
| Nov 28, 2017 | 406.15 | Dec 11, 2017 | 406.15 | Dec 22, 2017 | 406.15 | Jan 04, 2018 | 406.15 | Jan 19, 2018 | 406.15 |
| Feb 05, 2018 | 406.15 | Feb 20, 2018 | 406.15 | Mar 05, 2018 | 406.15 | Mar 15, 2018 | 406.15 | Apr 02, 2018 | 406.15 |
| Apr 16, 2018 | 406.15 | May 02, 2018 | 406.15 | May 14, 2018 | 406.15 | May 29, 2018 | 406.15 | Jun 11, 2018 | 406.15 |
| Jun 22, 2018 | 406.15 | | | | | | | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | OHIO BELL TELEPHONE COMPANY | 9484 | Unsecured | 52.00 | .00 |
| 002 | RJM ACQUISTION FINDING LLC | 2119 | Unsecured | 10.70 | .00 |
| 002NA | RJM ACQUISTION FUNDING | | Unsecured | .00 | .00 |
| 003NA | ALLY FINANCIAL | | Unsecured | .00 | .00 |
| 004 | AMERICREDIT FINANCIAL SERVICES | 5992 | Secured | 6,601.75 | 206.69 |
| 004A | AMERICREDIT FINANCIAL SERVICES | 5992 | Unsecured | .00 | .00 |
| 004NA | AMERICREDIT FINANCIAL SERVICES | | Unsecured | .00 | .00 |
| 005 | HARLEY DAVIDSON CREDIT CORP | 4483 | Secured | .00 | .00 |
| 005NA | HARLEY DAVIDSON CREDIT CORP | | Unsecured | .00 | .00 |
| 006 | JEFFERSON CAPITAL SYSTEMS LLC | 4158 | Unsecured | 189.02 | .00 |
| 006NA | JEFFERSON CAPITAL SYSTEMS LLC | | Unsecured | .00 | .00 |
| 007NA | GREEN TREE SERVICING | | Unsecured | .00 | .00 |
| 007NA1 | DAVID J DEMERS | | Unsecured | .00 | .00 |
| 007NA2 | STEVEN H PATTERSON | | Unsecured | .00 | .00 |
| 008 | US BANK NA | ####9429 | Secured | .00 | .00 |
| 008A | US BANK NA | ####9429 | Secured | .00 | .00 |
| 008NA | NICHOLAS E O'BRYAN | | Unsecured | .00 | .00 |
| 008NA1 | STEPHEN R FRANKS | | Unsecured | .00 | .00 |
| 009 | NAVIENT SOLUTIONS INC | 9228 | Unsecured | 2,948.04 | .00 |
| 009NA | NAVIENT SOLUTIONS INC | | Unsecured | .00 | .00 |
| 799 | SUSAN M GRAY | | Attorney Fees | .00 | .00 |
| | BOB BERGER | | Unsecured | .00 | .00 |
| | NORTH OHIO HEART INC | | Unsecured | .00 | .00 |
| | MARIE ANN WALKER | | Unsecured | .00 | .00 |
| | KAREN KETT | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 9,801.51 | 206.69 |